## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing pleading has this date been served electronically by ECF to Dr. Thomas Connelly, DDS, appearing *pro se*, and Counsel for Susan Falletta and Joseph Falletta, Attorney Elizabeth L. Hurley and Attorney Christopher Poulin.

Dated: March 21, 2018         By: /s/ Christina P. Mott
                  Christina P. Mott (NH Bar #268530)