# EXHIBIT A

**1:16-cv-00029-JL** Falletta et al v. Connelly et al
Joseph N. Laplante, presiding
Date filed: 01/26/2016
Date of last filing: 03/12/2018

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
|  | Filed: | 01/26/2016 | Case Assigned |
|  | Entered: | 01/27/2016 | |
| 1 | Filed & Entered: | 01/26/2016 | Complaint - New Case |
|  | Filed & Entered: | 01/27/2016 | Notice - ECF |
| 2 | Filed & Entered: | 01/27/2016 | Amended Complaint |
| 3 | Filed & Entered: | 01/27/2016 | Summons - Waiver Issued |
| 4 | Filed & Entered: | 03/03/2016 | Waiver of Service Executed |
| 5 | Filed & Entered: | 03/03/2016 | Return of Service Executed |
| 6 | Filed & Entered: | 03/21/2016 | Waiver of Service Executed |
| 7 | Filed & Entered: | 03/22/2016 | Motion to Extend Time to Answer |
|  | Terminated: | 03/24/2016 | |
|  | Filed & Entered: | 03/24/2016 | Order on Motion for Extension of Time to Answer |
| 8 | Filed & Entered: | 05/02/2016 | Waiver of Service Executed |
| 9 | Filed & Entered: | 05/13/2016 | Notice of Attorney Appearance |
| 10 | Filed & Entered: | 05/13/2016 | Motion to Dismiss for Failure to State a Claim |
|  | Terminated: | 06/07/2016 | |
| 11 | Filed & Entered: | 05/13/2016 | Answer to Amended Complaint |
|  | Filed & Entered: | 05/16/2016 | ECF - Filing Error - Info Only |
| 12 | Filed & Entered: | 05/16/2016 | Notice of Attorney Appearance |
| 13 | Filed & Entered: | 05/16/2016 | Answer to Complaint |
|  | Filed & Entered: | 05/17/2016 | Notice of Pretrial Conference |
| 14 | Filed & Entered: | 05/23/2016 | Objection to Motion |
|  | Filed & Entered: | 05/25/2016 | Notice of Pretrial Conference |
|  | Filed & Entered: | 06/07/2016 | Order on Motion to Dismiss for Failure to State a Claim |
| 15 | Filed & Entered: | 06/09/2016 | Motion to Withdraw as Attorney |
|  | Terminated: | 06/28/2016 | |
| 16 | Filed: | 06/13/2016 | Letter |
|  | Entered: | 06/14/2016 | |
|  | Filed: | 06/28/2016 | Order on Motion to Withdraw as Attorney |
|  | Entered: | 06/29/2016 | |
|  | Filed & Entered: | 06/29/2016 | Notice of Pretrial Conference |
| 17 | Filed & Entered: | 06/29/2016 | Withdrawal of Counsel - Individual |
| 18 | Filed & Entered: | 07/19/2016 | Notice of Attorney Appearance |
| 19 | Filed & Entered: | 07/26/2016 | Discovery Plan |

| | | | |
|---|---|---|---|
| | *Terminated:* | 07/29/2016 | |
| | *Filed:*<br>*Entered:* | 07/28/2016<br>08/09/2016 | 🌐 Pretrial Conference |
| | *Filed & Entered:* | 07/29/2016 | 🌐 Trial Notice |
| 20 | *Filed & Entered:* | 07/29/2016 | 🌐 Order on Discovery Plan |
| 21 | *Filed & Entered:* | 08/09/2016 | 🌐 Amended Complaint |
| 22 | *Filed & Entered:* | 08/25/2016 | 🌐 Summons-Waiver - Request for Issuance |
| 23 | *Filed & Entered:* | 08/26/2016 | 🌐 Summons - Waiver Issued |
| 24 | *Filed & Entered:*<br>*Terminated:* | 10/31/2016<br>11/29/2016 | 🌐 Motion to Dismiss |
| 25 | *Filed & Entered:* | 10/31/2016 | 🌐 Answer to Amended Complaint |
| 26 | *Filed & Entered:* | 10/31/2016 | 🌐 Waiver of Service Executed |
| 27 | *Filed & Entered:* | 10/31/2016 | 🌐 Waiver of Service Executed |
| 28 | *Filed & Entered:* | 10/31/2016 | 🌐 Waiver of Service Executed |
| | *Filed & Entered:* | 11/14/2016 | 🌐 Order on Motion to Extend Time |
| | *Filed & Entered:* | 11/14/2016 | 🌐 Trial Notice |
| | *Filed & Entered:* | 11/14/2016 | 🌐 Notice of Hearing |
| 29 | *Filed & Entered:*<br>*Terminated:* | 11/14/2016<br>11/14/2016 | 🌐 Motion to Continue and Extend |
| | *Filed & Entered:* | 11/29/2016 | 🌐 Order on Motion to Dismiss |
| 30 | *Filed & Entered:* | 11/30/2016 | 🌐 Answer to Amended Complaint |
| 31 | *Filed & Entered:* | 12/09/2016 | 🌐 Answer to |
| | *Filed & Entered:* | 12/14/2016 | 🌐 ECF - Filing Error - Info Only |
| 32 | *Filed & Entered:* | 12/14/2016 | 🌐 Notice of Voluntary Dismissal |
| 33 | *Filed & Entered:* | 12/14/2016 | 🌐 Notice of Attorney Appearance |
| 34 | *Filed & Entered:* | 12/14/2016 | 🌐 Notice of Attorney Appearance |
| 35 | *Filed & Entered:* | 12/14/2016 | 🌐 Notice (Other) |
| 36 | *Filed & Entered:* | 12/14/2016 | 🌐 Notice (Other) |
| | *Filed & Entered:* | 12/15/2016 | 🌐 Order |
| | *Filed & Entered:* | 12/15/2016 | 🌐 Order |
| 37 | *Filed & Entered:* | 12/29/2016 | 🌐 Answer to |
| 38 | *Filed & Entered:* | 12/29/2016 | 🌐 Answer to |
| 39 | *Filed & Entered:* | 12/29/2016 | 🌐 Answer to |
| 40 | *Filed & Entered:* | 12/29/2016 | 🌐 Answer to |
| | *Filed & Entered:* | 12/30/2016 | 🌐 ECF - Filing Error - Info Only |
| 41 | *Filed & Entered:* | 02/08/2017 | 🌐 Notice of Attorney Appearance |
| 42 | *Filed & Entered:* | 02/08/2017 | 🌐 Notice (Other) |
| 43 | *Filed & Entered:* | 02/10/2017 | 🌐 Notice of Attorney Appearance |
| | *Filed:*<br>*Entered:* | 02/14/2017<br>02/16/2017 | 🌐 Order |
| | *Filed:* | 02/22/2017 | 🌐 Order on Motion to Appear Pro Hac Vice |

| | | | |
|---|---|---|---|
| | *Entered:* | 02/23/2017 | |
| 44 | *Filed & Entered:*<br>*Terminated:* | 02/22/2017<br>02/22/2017 | 🌐 Motion to Appear Pro Hac Vice |
| 45 | *Filed & Entered:*<br>*Terminated:* | 03/14/2017<br>03/15/2017 | 🌐 Motion to Continue and Extend |
| | *Filed:*<br>*Entered:* | 03/15/2017<br>03/16/2017 | 🌐 Order on Motion to Continue and Extend Deadlines |
| | *Filed & Entered:* | 03/16/2017 | 🌐 Trial Notice |
| | *Filed & Entered:* | 04/04/2017 | 🌐 Reset Pretrial Order Deadlines PUBLIC |
| | *Filed & Entered:* | 04/07/2017 | 🌐 Clerk's Notice-Mediation Statement |
| 46 | *Filed & Entered:* | 04/21/2017 | 🌐 Mediation Statement |
| | *Filed:*<br>*Entered:* | 04/24/2017<br>04/25/2017 | 🌐 Order |
| | *Filed & Entered:* | 05/12/2017 | 🌐 Cure Notice - Action Requested |
| 47 | *Filed & Entered:*<br>*Terminated:* | 05/12/2017<br>05/16/2017 | 🌐 Motion to Continue and Extend |
| | *Filed & Entered:* | 05/15/2017 | 🌐 Rescheduling Notice of Hearing |
| 48 | *Filed & Entered:* | 05/15/2017 | 🌐 Addendum |
| | *Filed:*<br>*Entered:* | 05/16/2017<br>05/17/2017 | 🌐 Order on Motion to Continue and Extend Deadlines |
| | *Filed & Entered:* | 05/17/2017 | 🌐 Trial Notice |
| | *Filed & Entered:* | 05/17/2017 | 🌐 Order |
| 49 | *Filed & Entered:*<br>*Terminated:* | 05/17/2017<br>05/17/2017 | 🌐 Motion for Discovery |
| | *Filed & Entered:* | 05/18/2017 | 🌐 Discovery Status Conference |
| 50 | *Filed & Entered:*<br>*Terminated:* | 11/14/2017<br>12/05/2017 | 🌐 Motion to Continue and Extend |
| | *Filed & Entered:* | 12/05/2017 | 🌐 Order on Motion to Continue and Extend Deadlines |
| | *Filed & Entered:* | 12/12/2017 | 🌐 Notice of Hearing |
| | *Filed & Entered:* | 12/15/2017 | 🌐 Order on Motion to Withdraw as Attorney |
| 51 | *Filed & Entered:*<br>*Terminated:* | 12/15/2017<br>12/21/2017 | 🌐 Motion to Withdraw as Attorney |
| | *Filed & Entered:* | 12/21/2017 | 🌐 Rescheduling Notice of Hearing |
| | *Filed & Entered:* | 12/21/2017 | 🌐 Telephone Conference |
| | *Filed & Entered:* | 12/21/2017 | 🌐 Order on Motion to Withdraw as Attorney |
| 52 | *Filed & Entered:* | 12/29/2017 | 🌐 Order |
| 53 | *Filed & Entered:*<br>*Terminated:* | 01/15/2018<br>02/23/2018 | 🌐 Motion to Withdraw as Attorney |
| | *Filed & Entered:* | 01/23/2018 | 🌐 Notice of Hearing |
| | *Filed & Entered:* | 01/31/2018 | 🌐 Notice of Hearing |
| | *Filed & Entered:* | 02/08/2018 | 🌐 Telephone Conference |
| | *Filed & Entered:* | 02/08/2018 | 🌐 Order on Motion to Withdraw as Attorney |
| 54 | *Filed & Entered:* | 02/12/2018 | 🌐 Motion to Continue and Extend |

|    |                  |            |                                                |
|----|------------------|------------|------------------------------------------------|
|    | *Terminated:*    | 03/05/2018 |                                                |
|    | *Filed & Entered:* | 02/23/2018 | 🌐 Order on Motion to Withdraw as Attorney |
| 55 | *Filed & Entered:* | 02/23/2018 | 🌐 Withdrawal of Counsel - Individual |
|    | *Filed:* *Entered:* | 03/05/2018 03/06/2018 | 🌐 Order on Motion to Continue and Extend Deadlines |
| 56 | *Filed & Entered:* | 03/05/2018 | 🌐 Notice of Pro Se Appearance |
|    | *Filed & Entered:* | 03/06/2018 | 🌐 Trial Notice |
| 57 | *Filed:* *Entered:* | 03/12/2018 03/14/2018 | 🌐 Motion to Stay |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/19/2018 14:40:09 | | | |
| **PACER Login:** | chpmott1234:4686129:0 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 1:16-cv-00029-JL |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Susan Falletta and Joseph Falletta | \* | |
| | \* | |
| Plaintiffs, | \* | |
| | \* | CASE NO: 1:16-cv-00029 |
| v. | \* | |
| | \* | |
| Dr. Thomas Connelly, DDS and | \* | |
| Dr. Bryan Hoertdoerfer, DDS | \* | |
| | \* | |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO EXTEND DEADLINES ESTABLISHED IN THE COURT'S MAY 17, 2017 TRACKING ORDER

The Plaintiffs, Susan and Joseph Falletta, through counsel, move to extend the current scheduling order deadlines and request that a status conference be scheduled for May of 2018.

As grounds for this request, the Plaintiffs state as follows:

1. Per the Court's verbal order (February 8, 2018), a revised discovery plan/Civil Form 3 is being filed with the Court that extends all non-lapsed deadlines and trial for three months.

2. The revised dates and deadlines are appropriate due to the recent bankruptcy filing of Dr. Thomas Connelly, who is an indispensable party to this action and from whom discovery is still owed.

3. It is in the interest of justice and practicality for the current deadlines, including those for Completion of Discovery and Trial, to be extended as outlined on the attached Civil Form 3.

4. The plaintiffs request that a status conference be set approximately three months from today's date to assess the status of Dr. Connelly's bankruptcy and its impact on this case.

5. The instant motion is made in good faith and not for any dilatory motive.

6. No separate memorandum is required for this motion.

1

7. The Civil Form 3 is attached to this motion and incorporated herein.

8. Attorney Mark Sullivan, counsel for Dr. Thomas Connelly takes no position relative to the filing of this Motion.

9. Attorney Christina P. Mott, counsel for Dr. Bryan Hoertdoerfer, assents to the extension on a general basis, but **objects** to the proposed July 10, 2018 trial date.

10. Counsel has conferred with her clients regarding the relief requested herein and they are agreeable to same.

11. The Plaintiffs are not aware of any other matters that should be brought to the Court's attention at this time; and plan to discuss the case status with the Court at the upcoming status conference in May of 2018.

WHEREFORE, the Plaintiffs respectfully request that this Court allow the instant Motion and extend the current scheduling order deadlines for Completion of Discovery and Trial as outlined on the Civil Form 3 and schedule a status conference for May of 2018.

Respectfully submitted,                                Date: February 12, 2018

Plaintiffs,

Susan and Joseph Falletta

By their Attorneys

GETMAN, SCHULTHESS, STEERE
& POULIN, PA


By: _Elizabeth Hurley_
Christopher J. Poulin, Esq. (#12525)
Elizabeth L. Hurley, Esq. (#16851)


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been electronically provided to Attorney Christina Mott and Attorney Mark Sullivan, counsel of record.


Dated: February 12, 2018           By: _Elizabeth Hurley_
                                   Elizabeth L. Hurley, Esq. (#16851)

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
**************************************
Susan Falletta and Joseph Falletta    *
                                      *
Plaintiffs,                           *
                                      *
                                      *   CASE NO: 1:16-cv-00029
         v.                           *
                                      *
Dr. Thomas Connelly, DDS,             *
Dr. Bryan Hoertdoerfer, DDS,          *
Hoertdoerfer Equities, LLC; and       *
Hoertdoerfer Dentistry, PLLC          *
                                      *
Defendants.                           *
**************************************
```

**Civil Form 3, Extending Deadlines Established by Discovery Plan**

### ATTACHMENT TO PARTIES' JOINT MOTION TO EXTEND DEADLINES ESTABLISHED IN THE COURT'S MAY 17, 2017 ORDER

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of Discovery | 11/08/17 | 05/31/18 |
| Disclosure of Experts and Experts' Written Reports and Supplementations [Plaintiff] | 07/14/17 | N/A |
| Disclosure of Experts and Experts' Written Reports and Supplementations [Defendant] | 09/15/17 | N/A |
| Challenges to Expert Testimony | 11/01/17 | N/A |
| Disclosure of Claims Against Unnamed Parties | 07/01/17 | N/A |
| Joinder of Additional Parties (Plaintiff) | 07/01/17 | N/A |

| | | |
|---|---|---|
| Joinder of Additional Parties (Defendant) | 07/01/17 | N/A |
| Third-Party Actions | 07/01/17 | N/A |
| Amendment to Pleadings (Plaintiff) | 07/01/17 | N/A |
| Amendment to Pleadings (Defendant) | 07/01/17 | N/A |
| Motion to Dismiss | 09/01/17 | N/A |
| Motions for Summary Judgment | 11/15/17 | N/A |
| Trial | 04/03/18 | 07/10/18 |