# EXHIBIT B

## 1481CV04325 Mathews, Premila J. vs. Hardy, M.D., Roger Ian et al

| | |
|---|---|
| Case Type | Torts |
| Case Status | Open |
| File Date | 04/23/2014 |
| DCM Track: | A - Average |
| Initiating Action: | Malpractice - Medical / Wrongful Death |
| Status Date: | 04/23/2014 |
| Case Judge: | |
| Next Event: | 07/02/2018 |

**All Information** | Party | Event | Tickler | Docket | Disposition

### Party Information

**Mathews, Premila J. - Plaintiff**

Alias

**Party Attorney**
- Attorney: Chiodo, Esq., Lynne M
- Bar Code: 657428
- Address: DP LAW
  619 High St
  Suite 103
  Dorchester Center, MA 02124
- Phone Number: (781)326-6320

- Attorney: Gediman, Esq., Scott
- Bar Code: 558501
- Address: Gediman & Gediman PC
  512 Broadway
  Everett, MA 02149
- Phone Number: (617)389-7200

- Attorney: Perkins, Esq., Djuna E
- Bar Code: 561909
- Address: DP Law
  619 High St
  Suite 103
  Dedham, MA 02026
- Phone Number: (781)326-6320

More Party Information

**Hardy, M.D., Roger Ian - Defendant**

Alias

Party Attorney

More Party Information

**Fertility Centers of New England LLC - Defendant**

Alias

**Party Attorney**
- Attorney: Di Mauro, Esq., Nicholas J
- Bar Code: 564241
- Address: Law Offices of Nicholas J. Di Mauro
  Executive Place
  50 Mall Road Suite 208
  Burlington, MA 01803
- Phone Number: (781)273-3801
- Attorney: Foye, Esq., Edward F
- Bar Code: 562375

| | |
|---|---|
| Address | Arrowood LLP<br>10 Post Off Square<br>7th Floor South<br>Boston, MA 02109 |
| Phone Number | (617)849-6200 |

More Party Information

**Hill, M.D., Joseph - Defendant**

**Alias**

| Party Attorney | |
|---|---|
| Attorney | Di Mauro, Esq., Nicholas J |
| Bar Code | 564241 |
| Address | Law Offices of Nicholas J. Di Mauro<br>Executive Place<br>50 Mall Road Suite 208<br>Burlington, MA 01803 |
| Phone Number | (781)273-3801 |
| Attorney | Foye, Esq., Edward F |
| Bar Code | 562375 |
| Address | Arrowood LLP<br>10 Post Off Square<br>7th Floor South<br>Boston, MA 02109 |
| Phone Number | (617)849-6200 |

More Party Information

**Cardone, M.D., Vito - Defendant**

**Alias**

| Party Attorney | |
|---|---|
| Attorney | Cohen, Esq., Ellen Epstein |
| Bar Code | 543136 |
| Address | Adler Cohen Harvey Wakeman & Guekguezian LLP<br>75 Federal St<br>75 Federal Street<br>Boston, MA 02110 |
| Phone Number | (617)423-6674 |
| Attorney | Davulis, Esq., Andrea Lynn |
| Bar Code | 693761 |
| Address | Adler Cohen Harvey Wakeman & Guekguezian LLP<br>75 Federal St<br>Boston, MA 02210 |
| Phone Number | (617)423-6674 |
| Attorney | Glahn, Esq., Brooks Lawrence |
| Bar Code | 648308 |
| Address | Torres, Scammon, Hincks & Day, LLP<br>35 India St<br>Suite 5<br>Boston, MA 02110 |
| Phone Number | (617)307-4426 |

More Party Information

**Board of Registration in Medicine - Other interested party**

**Alias**

| Party Attorney | |
|---|---|
| Attorney | Bright, II, Esq., Thomas F |
| Bar Code | 676884 |

| Address | Hamel, Marcin, Dunn, Reardon & Shea, P.C. 24 Federal St Fl 11 Boston, MA 02110 |
|---|---|
| Phone Number | (617)482-0007 |
| Attorney | Dunn, Esq., Vincent P |
| Bar Code | 551034 |
| Address | Hamel, Marcin, Dunn, Reardon & Shea, P.C. 24 Federal St 11th Floor Boston, MA 02110 |
| Phone Number | (617)482-0007 |

More Party Information

**Vito Cardone, M.D - Other interested party**

Alias

Party Attorney

More Party Information

**Medical Professional Mutual Insurance Company - Other interested party**

Alias

Party Attorney

More Party Information

### Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 08/24/2015 02:00 PM | Civil B Rm 720 | Courtroom 720 | Motion Hearing to Compel | | Held as Scheduled |
| 01/27/2016 02:00 PM | Civil B Rm 720 | | Damage Assessment Hearing | | Not Held |
| 12/01/2016 02:00 PM | Civil B Rm 720 | | Rule 12 Hearing | | Rescheduled |
| 12/01/2016 02:00 PM | Civil B Rm 720 | | Rule 12 Hearing | | Rescheduled |
| 12/05/2016 02:00 PM | Civil B Rm 720 | | Rule 12 Hearing | | Held as Scheduled |
| 12/05/2016 02:00 PM | Civil B Rm 720 | | Rule 12 Hearing | | Held as Scheduled |
| 03/28/2017 09:00 AM | Civil A Rm 710 | Courtroom 710 | Malpractice Tribunal | Barry-Smith, Hon. Christopher K | Canceled |
| 05/18/2017 02:00 PM | Civil B Rm 720 | Courtroom 720 | Final Pre-Trial Conference | Billings, Hon. Thomas P | Held as Scheduled |
| 10/03/2017 02:00 PM | Civil B Rm 720 | Courtroom 720 | Hearing for Judgment on Pleading | | Rescheduled |
| 10/03/2017 02:00 PM | Civil B Rm 720 | Courtroom 720 | Rule 56 Hearing | | Rescheduled |
| 11/20/2017 02:00 PM | Civil B Rm 720 | Courtroom 720 | Rule 56 Hearing | | Held as Scheduled |
| 11/20/2017 02:00 PM | Civil B Rm 720 | Courtroom 720 | Hearing for Judgment on Pleading | | Held as Scheduled |
| 11/30/2017 02:00 PM | Civil B Rm 720 | Courtroom 720 | Rule 56 Hearing | Billings, Hon. Thomas P | Held as Scheduled |
| | | | Final Trial Conference | | |

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 07/02/2018 02:00 PM | Civil B Rm 720 | | | | |
| 07/09/2018 09:00 AM | Civil B Rm 720 | | Jury Trial | | |

### Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 04/23/2014 | 04/23/2015 | 365 | |
| Answer | 04/23/2014 | 05/26/2015 | 398 | |
| Rule 12/19/20 Served By | 04/23/2014 | 10/21/2014 | 181 | 05/18/2017 |
| Rule 12/19/20 Filed By | 04/23/2014 | 11/21/2014 | 212 | 05/18/2017 |
| Rule 12/19/20 Heard By | 04/23/2014 | 12/22/2014 | 243 | 05/18/2017 |
| Rule 15 Served By | 04/23/2014 | 07/22/2015 | 455 | 05/18/2017 |
| Rule 15 Filed By | 04/23/2014 | 08/24/2015 | 488 | 05/18/2017 |
| Rule 15 Heard By | 04/23/2014 | 08/24/2015 | 488 | 05/18/2017 |
| Discovery | 04/23/2014 | 05/12/2016 | 750 | |
| Rule 56 Served By | 04/23/2014 | 06/12/2016 | 781 | 05/18/2017 |
| Rule 56 Filed By | 04/23/2014 | 07/11/2016 | 810 | 05/18/2017 |
| Final Pre-Trial Conference | 04/23/2014 | 11/09/2016 | 931 | 05/18/2017 |
| Judgment | 04/23/2014 | 04/07/2017 | 1080 | |
| Under Advisement | 12/05/2016 | 01/04/2017 | 30 | 04/04/2017 |
| Under Advisement | 12/05/2016 | 01/04/2017 | 30 | 04/04/2017 |
| Under Advisement | 11/20/2017 | 12/20/2017 | 30 | 02/27/2018 |
| Under Advisement | 11/20/2017 | 12/20/2017 | 30 | 02/27/2018 |
| Under Advisement | 11/30/2017 | 12/30/2017 | 30 | 02/27/2018 |

### Docket Information

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 04/23/2014 | Complaint & civil action cover sheet filed | 1 |
| 04/23/2014 | Origin 1, Type B06, Track A. | |
| 07/21/2014 | Plaintiff Premila J. Mathews's MOTION to extend time to file the return of service of process by thirty (30) days until August 22, 2014, Affidavit of counsel in support. | 2 |
| 07/23/2014 | Motion (P#2) Allowed. (Kenneth V. Desmond Jr., Justice). Notices mailed 7/23/2014 (Corrected Notice sent 7/28/14) | |
| 08/20/2014 | Plaintiff Premila J. Mathews's MOTION to extend the time to file the return of service and amend all tracking deadlines, Affidavit in support. | 3 |
| 08/26/2014 | Motion (P#3) Allowed. (Kenneth V. Desmond Jr., Justice dated 8/22/14) Entered and Notices mailed 8/26/2014 | |
| 09/08/2014 | Amended complaint and jury trial. | 4 |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 09/22/2014 | Plaintiff's MOTION to extend time to serve the complaint and file the return by 30 days. | 5 |
| 09/24/2014 | Motion (P#5) ALLOWED. Dated: September 24, 2014 (Kenneth V. Desmond Jr., Justice) Notices mailed 9/24/2014 | |
| 10/01/2014 | SERVICE RETURNED: Fertility Centers of New England LLC(Defendant)9/19/14, in hand to Alician Cornellio, agent, 20 Pond Meadow Dr., Ste,101, Reading, MA 01867 | 6 |
| 10/23/2014 | Plaintiff's MOTION to extend time to serve the Complaint and File The Return By 30 Days, by November 22, 2014; Affidavit In Support of Plaintiff's MOTION to extend time to serve the Complaint and File The Return By 30 Days | 7 |
| 10/27/2014 | Motion (P#7) Allowed. No need to extend tracking order at this time. (Robert L. Ullmann, Justice). Notices mailed 10/27/2014 | |
| 10/28/2014 | ANSWER (amended complaint): Fertility Centers of New England LLC and jury demand | 8 |
| 10/28/2014 | Atty Robert L. Bouley's notice of appearance for Fertility Centers of New England LLC | |
| 10/28/2014 | Atty Mark E Burke's notice of appearance for Fertility Centers of New England LLC | |
| 10/28/2014 | Atty Nicholas J DiMauro's notice of appearance for Fertility Centers of New England LLC | |
| 11/18/2014 | Plaintiff Premila J. Mathews's MOTION For Order Of Notice And To Extend The Time To Serve the complaint and file the return by 30 days on defendant Roger I. Hardy; Affidavit in support of Plaintiff Premila J. Mathews's MOTION For Order Of Notice And To Extend The Time To Serve the complaint and file the return by 30 days | 9 |
| 12/05/2014 | Opposition of non-party promutual to plaintiff's motion for leave to serve defendant Roger . Hardy by service on promutual. | 10 |
| 12/30/2014 | Motion (P#9) Allowed in part. Plaintiff has until January 30, 2015 to serve the complaint as set forth in Mass. R. Civ. P. 4. Plaintiff has thus far failed to demonstrate that she made a diligent effort to serve Roger Hardy. Under no circumstance may plaintiff make service on Dr. Hardy via Pro Mutual. (Kimberly S. Budd, Justice dated 12/24/14) Entered and notice sent 12/30/14 | |
| 01/26/2015 | Appearance entered<br>On this date Nicholas J Di Mauro, Esq. added for Defendant Fertility Centers of New England LLC | |
| 01/26/2015 | Appearance entered<br>On this date Lynne M. Chiodo, Esq. added for Plaintiff Premila J. Mathews | |
| 03/09/2015 | Plaintiff Premila J. Mathews's Motion for<br><br>("Amended Motion") order of notice and to extend the time to serve the complaint and file the return by 30 days. | 11 |
| 03/09/2015 | Affidavit of Djuna Perkins, Esquire, counsel for the plaintiff in support of plaintiff's amended motion for order of notice and to extend the time to file the return of service. | 11.1 |
| 03/16/2015 | Opposition to paper #11.0 Amended motion to extend service deadline filed by plaintiff. filed by Roger Ian Hardy ,M.D.<br><br>"Opposition of non-party promutual to plaintiff's "amended" motion for leave to serve defendantdefendant Roger I Hardy by service on promutual." | 12 |
| 03/23/2015 | Endorsement on Motion for Order of Notice (#11.0): ALLOWED<br><br>The motion is ALLOWED and the plaintiff's time for serving the Amended Complaint is extended by 45 days. Pursuant to M.R.C.P. 4(e), service may be made by (a) USPS PRIORITY MAIL TO Leawood, KS address AND (b) delivering a copy in hand to a person at the Leawood, KS residence. Both methods are | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | required. The court permits this service as designed to reasonably assure proper notice. Dated: April 2, 2015 Notices mailed 4/7/2015 | |
| 05/26/2015 | Service Returned for<br>Defendant Hardy ,M.D., Roger Ian: Service made at last and usual; 5/12/15  6726 W 126th Court, Overland Oark, KS 66209 | 13 |
| 06/08/2015 | Appearance entered<br>On this date Vincent P Dunn, Esq. added as Private Counsel for Other interested party Board of Registration in Medicine | |
| 06/08/2015 | Plaintiff Premila J. Mathews's   Motion to<br><br>Compel the Board of Registration in Medicine to Disclose Identities of Non-Patient Witnesses | 14 |
| 06/08/2015 | Opposition to paper #14.0 Interested Non-Party opposition to Plff's Motion to Compel the Board of Registration in Medicine to Disclose Identities of Non-Patient Witnesses and Motion for a Protective Order filed by<br><br>Applies To: Board of Registration in Medicine (Other interested party) | 14.1 |
| 06/08/2015 | Board of Registration in Medicine's  Memorandum in support of<br><br>Interested Non-Party opposition to Plff's Motion to Compel the Board of Registration in Medicine to Disclose Identities of Non-Patient Witnesses and Motion for a Protective Order | 14.2 |
| 06/08/2015 | Brief filed:  Reply<br><br>Plff's Sur-Reply to Interested Non-Party opposition to Plff's Motion to Compel, Motion to Quash Subpoena and Motion for a Protective Order<br><br>Applies To: Mathews, Premila J. (Plaintiff) | 14.3 |
| 06/08/2015 | Affidavit of compliance with Superior Court Rule 9A<br><br>Applies To: Perkins, Esq., Djuna E (Attorney) on behalf of Mathews, Premila J. (Plaintiff) | 14.5 |
| 06/12/2015 | Appearance entered<br>On this date Thomas F. Bright, II, Esq. added as Private Counsel for Other interested party Board of Registration in Medicine | |
| 08/24/2015 | Event Result:<br>The following event: Motion Hearing to Compel scheduled for 08/24/2015 02:00 PM has been resulted as follows:<br>Result: Held as Scheduled<br>Appeared: | |
| 08/24/2015 | Endorsement on Motion to Compel The Board of Registration in medice to Disclose Identities of Non Patient Witnesses (#14.0): ALLOWED<br><br>After Hearing | |
| 10/21/2015 | Plaintiff Premila J. Mathews's   Motion for<br><br>entry of default against defendant Roger I Hardy | 15 |
| 10/21/2015 | Affidavit filed by Plaintiff Premila J. Mathews in support of<br><br>Plaintiff Premila J. Mathews's   Motion for<br>entry of default against defendant Roger I Hardy | 15.1 |
| 10/21/2015 | Plaintiff Premila J. Mathews's   Application for<br><br>default judgment against defendant Roger Hardy MD | 16 |
| 10/21/2015 | Affidavit filed by Plaintiff Premila J. Mathews in support of<br><br>Plaintiff Premila J. Mathews's   Application for<br>default judgment against defendant Roger Hardy MD | 16.1 |
| 10/21/2015 | | 16.2 |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | Certificate of Compliance Superior Court Rule 9A<br><br>Applies To: Mathews, Premila J. (Plaintiff) | |
| 10/27/2015 | Endorsement on Motion for Entry of Default (#15.0): ALLOWED<br><br>Dated: October 27, 2015 | |
| 10/29/2015 | Document: | |
| 12/02/2015 | Plaintiff(s) Premila J. Mathews's  Request to postpone filing a motion for assessment of damages and default judgement. | 17 |
| 12/22/2015 | Event Result:<br>The following event: Damage Assessment Hearing scheduled for 01/27/2016 02:00 PM has been resulted as follows:<br>Result: Not Held<br>Reason: Request of Plaintiff | |
| 01/07/2016 | Appearance entered<br>On this date Robert Laurent Bouley, Esq. dismissed/withdrawn as Private Counsel for Defendant Fertility Centers of New England LLC | |
| 02/12/2016 | Appearance entered<br>On this date Edward F Foye, Esq. added for Defendant Fertility Centers of New England LLC | |
| 05/18/2016 | Plaintiff Premila J. Mathews's  Motion to amend the Complaint To Add Joseph Hill, M.D. And Viti Cardone, M.D. as Individual Defendants | 18 |
| 05/18/2016 | Opposition to Plaintiff Premila J. Mathews's  Motion to amend the Complaint, filed by | 18.1 |
| 05/18/2016 | Request for hearing filed<br><br>Applies To: Mathews, Premila J. (Plaintiff) | 18.2 |
| 05/18/2016 | Opposition to Plaintiff Premila J. Mathews's  Motion to amend the Complaint To Add Joseph Hill, M.D. And Viti Cardone, M.D. as Individual Defendants filed by Vito Cardone, M.D | 18.3 |
| 05/18/2016 | Affidavit of compliance with Superior Court Rule 9A<br><br>Applies To: Mathews, Premila J. (Plaintiff) | 18.4 |
| 05/18/2016 | Plaintiff(s) Premila J. Mathews's  Motion for a Real Estate Attachment | 19 |
| 05/18/2016 | Opposition to Plaintiff(s) Premila J. Mathews's  Motion for a Real Estate Attachment filed by Vito Cardone, M.D | 19.1 |
| 05/24/2016 | Endorsement on Motion to Amend the Complaint to Add Joseph Hill, M.D. and Vito Cardone, M.D. as Individual Defendants (#18.0): ALLOWED<br>on the papers. (Thomas P. Billings, Justice) copies mailed 5/24/16 | |
| 05/24/2016 | Amended: Second amended complaint filed by Premila J. Mathews | 20 |
| 05/24/2016 | Endorsement on Motion for Approval of Attachment of Real Property (#19.0): DENIED<br>on the papers. (Thomas P. Billings, Justice) copies mailed 5/24/16 | |
| 05/24/2016 | Party status:<br>Other interested party Vito Cardone, M.D: Inactive; | 21 |
| 06/06/2016 | Request for medical malpractice tribunal filed by party for:<br><br>Other<br><br>Applies To: Fertility Centers of New England LLC (Defendant) | 22 |
| 06/06/2016 | Request for medical malpractice tribunal filed by party for:<br><br>Other<br><br>Applies To: Hill, M.D., Joseph (Defendant) | 23 |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 06/16/2016 | Opposition to Defendants, Fertility Centers of New England, LLC, and Joseph Hill, M.D.'s Request for Medical Malpractice Tribunal filed by Premila J. Mathews | 24 |
| 06/22/2016 | Received from<br>Defendant Hill, M.D., Joseph: Answer to amended complaint; | 53 |
| 06/27/2016 | Defendant's Notice of intent to file motion to dismiss.<br><br>Applies To: Fertility Centers of New England LLC (Defendant) | 25 |
| 06/27/2016 | Defendants Fertility Centers of New England LLC, Joseph Hill, M.D.'s Response to Plaintiff's Attempt to Strike Their Request for a Medical Malpractice Tribunal | 27 |
| 06/28/2016 | Endorsement on Request for Medical Malpractice Tribunal, filed by Defendant Fertility Centers of New England, LLC (#22.0): DENIED<br>for substantially the reasons stated in the plaintiffs' opposition. | |
| 06/28/2016 | Received from<br>Defendant Fertility Centers of New England LLC: Answer to second amended complaint; | 26 |
| 06/29/2016 | Service Returned for<br>Defendant Hill, M.D., Joseph: Service accepted by counsel; | 28 |
| 07/08/2016 | Defendant's Notice of intent to file motion To Dismiss Counts II, III and V of the Plaintiff's Second Amended Complaint On July 6, 2016.<br><br>Applies To: Cardone, M.D., Vito (Defendant) | |
| 07/11/2016 | Request for medical malpractice tribunal filed by party for:<br><br>Gynecology, Obstetrics<br><br>Applies To: Cardone, M.D., Vito (Defendant) | 29 |
| 07/21/2016 | Opposition to Defendant, Vito Cardone, M.D.'s Request for Medical Malpractice Tribunal filed by Premila J. Mathews | 30 |
| 08/04/2016 | Defendant Vito Cardone, M.D's Response to<br>plaintiff's request to strike defendant's request for a medical malpractice tribunal. | 31 |
| 08/10/2016 | Defendant Vito Cardone, M.D.'s Motion to dismiss<br>counts II, III and V of the second amended complaint. | 32 |
| 08/10/2016 | Premila J. Mathews's Memorandum in opposition to<br>P#32 motion. | 32.1 |
| 08/10/2016 | Affidavit of compliance with Superior Court Rule 9A<br><br>Applies To: Glahn, Esq., Brooks Lawrence (Attorney) on behalf of Cardone, M.D., Vito (Defendant) | 32.2 |
| 08/10/2016 | Attorney appearance<br>On this date Brooks Lawrence Glahn, Esq. added for Defendant Vito Cardone, M.D. | |
| 08/17/2016 | Defendant Joseph Hill, M.D.'s Motion to dismiss<br>Count II, III and V of the Second Amended Complaint | 33 |
| 08/17/2016 | Joseph Hill, M.D.'s Memorandum in support of<br>Motion to dismiss Count II, III and V of the Second Amended Complaint | 33.1 |
| 08/17/2016 | Premila J. Mathews's Memorandum in opposition to<br>Deft's Motion to dismiss Count II, III and V of the Second Amended Complaint | 33.2 |
| 08/17/2016 | Joseph Hill, M.D.'s Reply Memorandum in support of<br>Motion to dismiss Count II, III and V of the Second Amended Complaint | 33.3 |
| 08/17/2016 | Defendant, Plaintiff Joseph Hill, M.D., Premila J. Mathews's Assented to Motion to Seal Exhibit 1 to the Reply Memorandum in support of Deft's Motion to dismiss Count II, III and V of the Second Amended Complaint | 34 |
| 08/17/2016 | Affidavit of Edward Foye in Support of Dr. Joseph Hill's "Assented to Motion to Seal Exhibit 1 to the 'Reply Memorandum in Support of Defendant Joseph Hill's Motion to dismiss Counts II, III and V of the Second Amended Complaint'". | 34.1 |
| 08/26/2016 | | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | Endorsement on Motion to Seal Exhibit 1 to the "Reply Memorandum in Support of Defendant Joseph Hill's Motion to Dismiss Counts II, III and V of the Second Amended Complaint" (Assented to Motion) (#34.0): ALLOWED<br>Exhibit 1 to the Reply Memorandum shall be impounded until further order of the Court. | |
| 08/26/2016 | General correspondence regarding (SEALED) Exhibit 1 to the "Reply Memorandum in Support of Defendant Joseph Hill's Motion to Dismiss Counts II, III and V of the Second Amended Complaint" | |
| 12/01/2016 | Event Result:<br>The following event: Rule 12 Hearing scheduled for 12/01/2016 02:00 PM has been resulted as follows:<br>Result: Rescheduled<br>Reason: Not reached by Court | |
| 12/01/2016 | Event Result:<br>The following event: Rule 12 Hearing scheduled for 12/01/2016 02:00 PM has been resulted as follows:<br>Result: Rescheduled<br>Reason: Not reached by Court | |
| 12/05/2016 | Matter taken under advisement<br>The following event: Rule 12 Hearing scheduled for 12/05/2016 02:00 PM has been resulted as follows:<br>Result: Held - Under advisement | |
| 12/05/2016 | Matter taken under advisement<br>The following event: Rule 12 Hearing scheduled for 12/05/2016 02:00 PM has been resulted as follows:<br>Result: Held - Under advisement | |
| 12/14/2016 | Defendant Fertility Centers of New England LLC's Motion to Compel Further Answer To Interrogatories And To Require A Supplemental Production Of Documents (Memorandum Inc.) | 35 |
| 12/14/2016 | Plaintiff Premila J. Mathews's Response to Defendant Fertility Centers of New England LLC's Motion to Compel Further Answer To Interrogatories And To Require A Supplemental Production Of Documents (Memorandum Inc.) | 35.1 |
| 12/14/2016 | Brief filed: Reply<br>Memorandum To "Plaintiff's Response To FCNE'S Motion To Compel"<br><br>Applies To: Fertility Centers of New England LLC (Defendant) | 35.2 |
| 12/23/2016 | Endorsement on Motion to Compel Further Answers to Interrogatories and to Require A Supplemental Production of Documents (Memorandum Incorporated) (#35.0): Other action taken<br>Allowed in part, Plaintiff shall supplement her answers to interrogatories 2(f), 5, 6,8,9,11,12 and 13A with 10 days of this Court's order. Plaintiff shall supplement her responses to 2 (a) to (e) within 30 days of this Court's order. Plaintiff shall update her production of medical records within 30 days of this Court's Order. Plaintiff shall produce all responsive documents relating to any damages she intends to seek at trial with 30 days of this order. Failure to provide documents may result in plaintiff being precluded from seeking certain types of relief. (Kazanjian, J.) Dated 12-20-16 and copies mailed 12/23/16 | |
| 01/03/2017 | Plaintiff Premila J. Mathews's EMERGENCY Motion to extend time to comply with Court's Order of December 20, 2016, by ten days. | 36 |
| 01/03/2017 | Affidavit of Counsel | 36.1 |
| 01/04/2017 | Endorsement on Motion to Extend Time to Comply with Court's Order of December 20, 2016, by ten days. Emergency Motion filed by the Plaintiff. (#36.0): ALLOWED | |
| 01/05/2017 | Opposition to Plaintiff's Motion to Enlarge time to file Answers to Interrogatories filed by<br><br>Applies To: Fertility Centers of New England LLC (Defendant); Hill, M.D., Joseph (Defendant) | 37 |
| 02/21/2017 | ORDER for medical malpractice tribunal for Obstetrics, with Hon. Christopher K Barry-Smith presiding, Patricia Falcao, M.D.<br>19 Pine Street<br>Needham, MA 02492 and Sharon Bryce DeGuglielmo, Esq.<br><br>Applies To: Glahn, Esq., Brooks Lawrence (Attorney) on behalf of Cardone, M.D., Vito (Defendant); Perkins, Esq., Djuna E (Attorney) on behalf of Mathews, Premila J. (Plaintiff); Dunn, Esq., Vincent P (Attorney) on behalf of Board of Registration in Medicine (Other interested party); Chiodo, Esq., Lynne M. (Attorney) on behalf of Mathews, Premila J. (Plaintiff); Foye, Esq., Edward F (Attorney) on behalf of Fertility Centers of New England LLC (Defendant); Di Mauro, Esq., Nicholas J (Attorney) on behalf of | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | Fertility Centers of New England LLC (Defendant); Burke, Esq., Mark E (Attorney) on behalf of Fertility Centers of New England LLC (Defendant); Gediman, Esq., Scott (Attorney) on behalf of Mathews, Premila J. (Plaintiff); Bouley, Esq., Robert Laurent (Attorney) on behalf of Fertility Centers of New England LLC (Defendant); Bright, II, Esq., Thomas F. (Attorney) on behalf of Board of Registration in Medicine (Other interested party) | |
| 02/24/2017 | Defendant Joseph Hill, M.D., Fertility Centers of New England LLC's Assented to Motion to seal pleadings containing sensitive personal information | 38 |
| 02/24/2017 | Affidavit of of counsel, Edward Foye pursuant to Uniform Rules of Impoundment Procedure Rule 2(b) | 38.1 |
| 03/01/2017 | Endorsement on Motion to Seal Pleadings Contained Sensitive Personal Information (#38.0): ALLOWED for good cause shown the designated materials are to be impounded until the motion to quash has been decided and then will be returned to the counsel for the plaintiff. (Henry, J.) copies mailed 3/1/17 | |
| 03/08/2017 | Defendant Fertility Centers of New England LLC, Joseph Hill, M.D.'s Motion for Protective Order | 39 |
| 03/08/2017 | Opposition to Defendant Joseph Hill, M.D.'s to Motion to Quash Subpoena with attached Affidavit and Exhibit filed by<br>FILED UNDER SEAL<br><br>Applies To: Mathews, Premila J. (Plaintiff) | 39.1 |
| 03/08/2017 | Brief filed: Reply<br>memorandum In Support Of Defendants' Motion For A Protective Order  FILED UNDER SEAL<br><br>Applies To: Fertility Centers of New England LLC (Defendant); Hill, M.D., Joseph (Defendant) | 39.2 |
| 03/13/2017 | Plaintiff Premila J. Mathews's Request to Vacate Order For medical Malpractice Tribunal | 40 |
| 03/17/2017 | Endorsement on Motion for Protective Order (#39.0): ALLOWED<br>The Plaintiff has not established that the requested discovery is reasonably likely to lead to the discovery of new relevant admissible evidence. The affidavit of counsel citing unnamed sources is insufficient to support the discovery by the plaintiff.<br>(Henry, J.) Dated 3/15/17 and copies mailed 3/17/17 | |
| 03/20/2017 | Opposition to Plaintiff Premila J. Mathews's Request to Vacate Order For medical Malpractice Tribunal (Re:P#40) filed by<br><br>Applies To: Hill, M.D., Joseph (Defendant) | 41 |
| 03/20/2017 | Opposition to Plaintiff Premila J. Mathews's Request to Vacate Order For medical Malpractice Tribunal filed by<br><br>Applies To: Vito Cardone, M.D (Other interested party) | 42 |
| 03/21/2017 | Pleading titled, Plaintiff's Opposition to Motion to Quash Subpoena with Attached Affidavit and Exhibit (Pleading #39.1 and Reply Memorandum in Support of Defendants' Motion for a Protective Order (Pleading #39.2) SEALED DOCUMENTS, filed with the court on 03/08/2017, returned to Edward F Foye, Esq. | |
| 03/21/2017 | Endorsement on Request to Vacate Order for Medical Malpractice Tribunal, filed by the Plaintiff (#40.0): ALLOWED<br>This case is unlike Bing v. Drexler, 69 Mass. App. Ct. 186, 190 (2007), in which the claims included allegations that the medical practice's "supervising physician" was liable both under a respondeat superior theory and because he supervised the plaintiff's treating physician in the plaintiff's case; the latter, then Appeals Court ruled, was within the Tribunal's jurisdiction. The claims in the present case against Drs. Hill and Cardone, by contrast, are based on their ownership of the clinic and their alleged failure to respond to reports of sexual assaults by Dr. Hardy on other patients. There is no claim that these defendants assisted, supervised, or counseled Dr. Hardy in his treatment of the plaintiff. These claims, and those alleging respondeat superior (see DiGiovanni v. Latimer, 390 Mass. 265, 272 & n.2 (1983), concern management issues, not whether these defendants "conform[ed] to accepted medical standards in performing [their] duties with regard to the patient." Perez v. Bay State Ambulance & Hosp. Rental Service, Inc., 413 Mass. 670, 676 (1992). | |
| 03/22/2017 | Event Result:<br>The following event: Malpractice Tribunal scheduled for 03/28/2017 09:00 AM has been resulted as follows: | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
|  | Result: Canceled<br>Reason: By Court prior to date - Vacate Order for Tribunal, Judge T. Billings |  |
| 04/04/2017 | MEMORANDUM & ORDER:<br><br>MEMORANDUM AND ORDER ON DEFENDANTS' MOTIONS TO DISMISS | 43 |
| 05/01/2017 | Attorney appearance<br>On this date Brooks Lawrence Glahn, Esq. dismissed/withdrawn for Defendant Vito Cardone, M.D. |  |
| 05/01/2017 | Attorney appearance<br>On this date Andrea Lynn Davulis, Esq. added for Defendant Vito Cardone, M.D. |  |
| 05/01/2017 | Plaintiff(s) Premila J. Mathews   motion filed to compel Discovery | 44 |
| 05/01/2017 | Opposition to #44 motion. filed by Fertility Centers of New England LLC, Joseph Hill, M.D. | 44.1 |
| 05/01/2017 | Plaintiff Premila J. Mathews's   Reply to<br>the defendant Fertility Centers of New England LLC, Joseph Hill, M.D.'s opposition to #44 motion. | 44.2 |
| 05/01/2017 | Affidavit of in support of Plaintiff's  Reply to<br>the defendant Fertility Centers of New England LLC, Joseph Hill, M.D.'s opposition to #44 motion.<br><br>Applies To: Perkins, Esq., Djuna E (Attorney) on behalf of Mathews, Premila J. (Plaintiff) | 44.3 |
| 05/01/2017 | Rule 9A list of documents filed. | 44.4 |
| 05/09/2017 | Endorsement on motion to compel Discovery (#44.0):  DENIED<br>without hearing |  |
| 05/11/2017 | Attorney appearance<br>On this date Ellen Epstein Cohen, Esq. added for Defendant Vito Cardone, M.D. |  |
| 05/17/2017 | Defendant Joseph Hill, M.D., Fertility Centers of New England LLC's   Motion to<br>Enlarge Time For Service Of Motions For Summary Judgment; (Memorandum Inc.) | 45 |
| 05/17/2017 | Opposition to Defendant Joseph Hill, M.D., Fertility Centers of New England LLC's   Motion to<br>Enlarge Time For Service Of Motions For Summary Judgment; (Memorandum Inc.) filed by<br><br>Applies To: Mathews, Premila J. (Plaintiff) | 45.1 |
| 05/17/2017 | Defendant Fertility Centers of New England LLC, Joseph Hill, M.D.'s   Reply, Memorandum of<br>Defendant Joseph Hill, M.D., Fertility Centers of New England LLC's   Motion to<br>Enlarge Time For Service Of Motions For Summary Judgment | 45.2 |
| 05/17/2017 | Affidavit of Edward Foye Of No Opposition Received From Co-Defendnat Vito Cardone, M.D. | 45.3 |
| 05/18/2017 | Event Result:<br>The following event: Final Pre-Trial Conference scheduled for 05/18/2017 02:00 PM has been resulted as follows:<br>Result: Held as Scheduled |  |
| 05/18/2017 | Joint Pre-Trial Memorandum filed: | 46 |
| 05/18/2017 | ORDER: ORDER TO APPEAR FOR JURY TRIAL AND FINAL TRIAL CONFERENCE | 47 |
| 05/18/2017 | Defendant Fertility Centers of New England LLC, Joseph Hill, M.D.'s   Motion for<br>Judgment Of The Pleadings On Count V | 48 |
| 05/18/2017 | Fertility Centers of New England LLC, Joseph Hill, M.D.'s  Memorandum in support of<br>Motion for  Judgment Of The Pleadings On Count V | 48.1 |
| 05/18/2017 | Premila J. Mathews's  Memorandum in opposition to<br>Defendant Fertility Centers of New England LLC, Joseph Hill, M.D.'s   Motion for<br>Judgment Of The Pleadings On Count V | 48.2 |
| 05/18/2017 | Affidavit of Edward Foye | 48.3 |
| 05/18/2017 | Joint Pre-Trial Memorandum filed:<br><br>Accepted; Final Trial Conference on July 2, 2018 at 2:00 P.M.; Trial on July 9, 2018. | 51 |
| 05/18/2017 | Endorsement on Motion to Enlarge Time for Service of Motions for Summary Judgment filed by Defendants Fertility Centers of New England, LLC and Dr. Joseph Hill (#45.0): ALLOWED |  |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | After hearing. Any non-defaulted defendant may serve summary judgment papers on or before July 21, 2017. | |
| 05/19/2017 | Received from<br>Defendant Cardone, M.D., Vito: Answer to second amended complaint and jury demand | 49 |
| 05/19/2017 | Defendant Vito Cardone, M.D.'s Motion to<br>Enlarge Time for service of Motion for summary judgment | 50 |
| 05/19/2017 | ORDER: ORDER TO APPEAR FOR JURY TRIAL AND FINAL TRIAL CONFERENCE | 52 |
| 05/19/2017 | Attorney appearance<br>On this date Edward F Foye, Esq. added for Defendant Joseph Hill, M.D. | |
| 05/19/2017 | Attorney appearance<br>On this date Nicholas J Di Mauro, Esq. added for Defendant Joseph Hill, M.D. | |
| 05/19/2017 | Received from<br>Defendant Hill, M.D., Joseph: Answer to amended complaint; | 54 |
| 06/29/2017 | Defendant Vito Cardone, M.D's Supplement to<br>Joint Pre-Trial Memorandum | 55 |
| 09/15/2017 | Defendant Vito Cardone, M.D.'s Motion for summary judgment, MRCP 56 | 56 |
| 09/15/2017 | Statement of Undisputed Facts<br><br>In Support of Defendant, Vito Cardone, Motion for Summary Judgment | 56.1 |
| 09/15/2017 | Vito Cardone, M.D.'s Memorandum<br>of Law in Support of Defendant, Vito Cardone, M.D.'S Motion for Summary Judgement | 56.2 |
| 09/15/2017 | Premila J. Mathews's Memorandum<br>of Law in Support of It's Opposition to Defendant, Vito Cardone's, Motion for Summary Judgment | 56.3 |
| 09/15/2017 | Affidavit filed by Plaintiff Premila J. Mathews in support of<br>Plaintiff's Opposition to Defendant, Vito Cardone's, Motion for Summary Judgment | 56.4 |
| 09/15/2017 | Brief filed: Reply<br>of Defendant, Vito Cardone, to Plaintiff's Memorandum of Law in Opposition to Defendants Motion for Summary Judgment<br><br>Applies To: Cardone, M.D., Vito (Defendant) | 56.5 |
| 09/15/2017 | Affidavit of compliance with Superior Court Rule 9A<br><br>Applies To: Cardone, M.D., Vito (Defendant) | 56.6 |
| 09/15/2017 | Vito Cardone, M.D.'s Joint Appendix of Exhibits<br><br>Applies To: Cardone, M.D., Vito (Defendant) | |
| 09/15/2017 | Request for hearing filed<br><br>on Defendants Motion for Summary Judgment<br><br>Applies To: Cardone, M.D., Vito (Defendant) | 56.7 |
| 09/26/2017 | Event Result:<br>The following event: Rule 56 Hearing scheduled for 10/03/2017 02:00 PM has been resulted as follows:<br>Result: Rescheduled<br>Reason: Not reached by Court | |
| 09/26/2017 | Event Result:<br>The following event: Hearing for Judgment on Pleading scheduled for 10/03/2017 02:00 PM has been resulted as follows:<br>Result: Rescheduled<br>Reason: Not reached by Court | |
| 10/23/2017 | Attorney appearance<br>On this date Mark E Burke, Esq. dismissed/withdrawn as Private Counsel for Defendant Fertility Centers of New England LLC | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 11/01/2017 | Defendant Fertility Centers of New England LLC, Joseph Hill, M.D.'s Motion for Summary Judgment | 57 |
| 11/01/2017 | Fertility Centers of New England LLC, Joseph Hill, M.D.'s Memorandum in support of Motion for Summary Judgment | 57.1 |
| 11/01/2017 | Statement of Undisputed Facts | 57.2 |
| 11/01/2017 | Premila J. Mathews's Memorandum in support of Motion for Summary Judgment | 57.3 |
| 11/01/2017 | Fertility Centers of New England LLC, Joseph Hill, M.D.'s Reply Memorandum Motion for Summary Judgment | 57.4 |
| 11/01/2017 | Affidavit of compliance with Superior Court Rule 9A<br><br>Applies To: Fertility Centers of New England LLC (Defendant); Hill, M.D., Joseph (Defendant) | 57.5 |
| 11/01/2017 | List of exhibits<br><br>Volume I | 57.6 |
| 11/01/2017 | List of exhibits<br><br>Volume II | 57.7 |
| 11/20/2017 | Matter taken under advisement<br>Judge: Billings, Hon. Thomas P<br>The following event: Hearing for Judgment on Pleading scheduled for 11/20/2017 02:00 PM has been resulted as follows:<br>Result: Held - Under advisement | |
| 11/20/2017 | Matter taken under advisement<br>Judge: Billings, Hon. Thomas P<br>The following event: Rule 56 Hearing scheduled for 11/20/2017 02:00 PM has been resulted as follows:<br>Result: Held - Under advisement | |
| 11/30/2017 | Matter taken under advisement<br>Judge: Billings, Hon. Thomas P<br>The following event: Rule 56 Hearing scheduled for 11/30/2017 02:00 PM has been resulted as follows:<br>Result: Held - Under advisement | |
| 03/02/2018 | MEMORANDUM & ORDER:<br><br>OF DECISION ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS: (which see 4 pages) ORDER: For the foregoing reasons, it is hereby ORDERED that the defendant Fertility Centers of New England, LLC's motion for judgment on the pleading on Count V (respondent superior) is ALLOWED. Judgment shall enter accordingly. (Thomas P. Billings, J.) Dated 2/27/18<br><br>Judge: Billings, Hon. Thomas P | 58 |
| 03/02/2018 | MEMORANDUM & ORDER:<br><br>OF DECISION ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT: (which see 17 pages) ORDER: For the foregoing reasons, it is hereby ORDERED that Defendant Vito Cardone's Motion for Summary Judgment is ALLOWED with respect of Count VII (breach of fiduciary trust), but is otherwise DENIED. It is further ORDERED that Defendants Joseph Hill and Fertility Centers of New England, LLC's Motion for Summary Judgment is ALLOWED with respect to Count VII (breach of fiduciary trust), but is otherwise DENIED. (Thomas P. Billings, J.) Dated 2/27/18<br><br>Judge: Billings, Hon. Thomas P | 59 |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | 04/23/2014 | |