# EXHIBIT C

**2:18-bk-10393-SK** Thomas Patrick Connelly
Case type: bk Chapter: 7 Asset: No Vol: v Judge: Sandra R. Klein
Date filed: 01/12/2018 Date of last filing: 03/17/2018

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
|  | Filed & Entered: | 01/12/2018 | Automatic docket of credit card/debit card |
| 1 | Filed & Entered: | 01/12/2018 | Voluntary Petition (Chapter 7) |
| 2 | Filed & Entered: | 01/12/2018 | Statement About Your Social Security Numbers (Official Form 121) |
| 3 | Filed & Entered: | 01/12/2018 | Certificate of Credit Counseling |
| 4 | Filed & Entered: | 01/12/2018 | Electronic Filing Declaration (LBR Form F1002-1) |
| 5 | Filed & Entered: | 01/12/2018 | Meeting (AutoAssign Chapter 7) |
|  | Filed & Entered: | 01/15/2018 | Notice of Debtor's Prior Filings |
|  | Filed & Entered: | 01/16/2018 | Set Case Commencement Deficiency Deadlines (ccdn) |
| 6 | Filed & Entered: | 01/18/2018 | BNC Certificate of Notice |
| 7 | Filed & Entered: | 01/18/2018 | BNC Certificate of Notice |
| 8 | Filed & Entered: | 01/18/2018 | BNC Certificate of Notice |
| 9 | Filed & Entered: | 01/24/2018 | Statement of Related Cases (LBR Form 1015-2.1) |
| 9 | Filed & Entered: | 01/24/2018 | Summary of Assets and Liabilities (Official Form 106Sum or 206Sum) |
| 9 | Filed & Entered: | 01/24/2018 | Schedule A/B: Property (Official Form 106A/B or 206A/B) |
| 9 | Filed & Entered: | 01/24/2018 | Schedule C: The Property You Claimed as Exempt (Official Form 106C) |
| 9 | Filed & Entered: | 01/24/2018 | Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) |
| 9 | Filed & Entered: | 01/24/2018 | Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) |
| 9 | Filed & Entered: | 01/24/2018 | Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) |
| 9 | Filed & Entered: | 01/24/2018 | Schedule H: Your Codebtors (Official Form 106H or 206H) |

| | | | |
|---|---|---|---|
| 9 | Filed & Entered: | 01/24/2018 | Schedule I: Your Income (Official Form 106I) |
| 9 | Filed & Entered: | 01/24/2018 | Schedule J: Your Expenses (Official Form 106J) |
| 9 | Filed & Entered: | 01/24/2018 | Declaration About an Individual Debtor's Schedules (Official Form 106Dec) |
| 9 | Filed & Entered: | 01/24/2018 | Statement of Financial Affairs (Official Form 107 or 207) (Official Form 107 or 207) |
| 9 | Filed & Entered: | 01/24/2018 | Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) |
| 9 | Filed & Entered: | 01/24/2018 | Chapter 7 Statement of Exemption From Presumption of Abuse (Official Form 122A-1Supp) |
| 9 | Filed & Entered: | 01/24/2018 | Statement of Intention for Individuals Filing Under Chapter 7 (Official Form B8, or 108) |
| 9 | Filed & Entered: | 01/24/2018 | Verification of Master Mailing List of Creditors (LBR F1007-1) |
| 10 | Filed & Entered: | 01/24/2018 | Electronic Filing Declaration (LBR Form F1002-1) |
| 11 | Filed & Entered: | 01/24/2018 | Declaration by Debtor as to Whether Db Received Income From an Employer (LBR Form F1002-1) |
| 12 | Filed & Entered: | 01/24/2018 | Addendum to Vol Pet |
| 13 | Filed & Entered: Terminated: | 02/20/2018 03/15/2018 | Application to Employ |
| 14 | Filed & Entered: | 02/20/2018 | Notice of motion/application |
| 15 | Filed & Entered: | 02/21/2018 | Request for courtesy Notice of Electronic Filing (NEF) |
| 16 | Filed & Entered: | 03/02/2018 | Personal Financial Management Course Certificate for Debtor (Official Form 423) |
| 17 | Filed & Entered: | 03/05/2018 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) |
| 18 | Filed & Entered: | 03/06/2018 | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) |
| 19 | Filed & Entered: | 03/13/2018 | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) |
| 20 | Filed & Entered: | 03/15/2018 | Order on Application to Employ (BNC-PDF) |
| 21 | Filed & Entered: | 03/17/2018 | BNC Certificate of Notice - PDF Document |

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 03/19/2018 11:33:34 | |
| PACER | chpmott1234:4686129:0 Client |

| Login: | | Code: | |
|---|---|---|---|
| Description: | History/Documents | Search Criteria: | 2:18-bk-10393-SK Type: History |
| Billable Pages: | 2 | Cost: | 0.20 |