# EXHIBIT D

**Full docket text for document 5:**
Meeting of Creditors with 341(a) meeting to be held on 02/20/2018 at 09:00 AM at RM 2, 915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017. Objections for Discharge due by 04/23/2018. Cert. of Financial Management due by 04/23/2018 for Debtor and Joint Debtor (if joint case) (Shinbrot, Jeffrey)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/19/2018 11:47:49 | | | |
| PACER Login: | chpmott1234:4686129:0 | Client Code: | |
| Description: | History/Documents | Search Criteria: | 2:18-bk-10393-SK Type: History |
| Billable Pages: | 1 | Cost: | 0.10 |