# EXHIBIT E

1  John J. Menchaca, Trustee
   835 Wilshire Blvd., Suite 300
2  Los Angeles, CA 90017
   Telephone: (213) 683-0349
3  Facsimile:  (213) 261-4425
   Email: igaeta@menchacacpa.com
4

5  Chapter 7 Trustee

6

7

8              UNITED STATES BANKRUPTCY COURT

9          CENTRAL DISTRICT OF CALIFORNIA , LOS ANGELES DIVISION

10

11 | In re:                               )  Case No. 2:18-bk-10393-SK
   |                                      )
12 | **CONNELLY, THOMAS PATRICK**          )  Chapter 7
   |                                      )
13 |                                      )  **NOTICE OF CONTINUED MEETING OF
   |         Debtor(s).                   )  CREDITORS AND APPEARANCE OF
14 |                                      )  DEBTOR(S) 11 U.S.C. §341(a)**
   |                                      )
15

16 **TO THE ABOVE NAMED DEBTOR(S) AND THE ATTORNEY ON RECORD, IF ANY:**
        You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section
17 341(a) in the above entitled matter was continued to **March 30, 2018 at 11:00 AM**, located at:
   Office of the United States Trustee, **915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017** for
18 the reason set forth below:

19     **1. Trustee is reviewing documents produced by Debtor.**

20 Please inquire by email at igaeta@menchacacpa.com if appearance is necessary.

21 DATED: March 6, 2018                    /s/ John J. Menchaca
                                           John J. Menchaca, Chapter 7 Trustee
22

23 I certify that I served the within Notice on the above debtor(s), the attorney of record (if any), and
   interested parties on March 6, 2018.
24
                                           /s/ Imelda Gaeta
25                                         Imelda Gaeta

26

27

28

                                      1