# EXHIBIT I

# Christina P. Mott

| | |
|---|---|
| **From:** | Elizabeth Hurley <EHurley@Gssp-lawyers.com> |
| **Sent:** | Monday, November 13, 2017 1:15 PM |
| **To:** | exeterlaw@aol.com |
| **Cc:** | Christina P. Mott; Chris J. Poulin; Lindsay Faucher; Kate Springfield |
| **Subject:** | RE: Falletta |
| **Attachments:** | Dental Business Authorization.doc; Seminar or Lecture Authorization.doc; Falletta v. Connelly, Hoertdoerfer |

Hi Mark,

We do not have a problem with moving the deposition date but cannot do it on 12/4 or 5. We will have to pick a different date later in the month or in January. There are 2 caveats to moving the date, though. First, please send the supplemental answers I requested last month and include information about Dr. Connelly's employer. He has never disclosed that he is even employed much less the identity of his employer. In addition, attached are revised authorizations for him to execute that we need by the end of the week.

On another note, we received your expert disclosure. Do you have a basis for why it was provided 2 months after the deadline? I ask as a courtesy before we file a motion to strike to see if there is a reason why we shouldn't.

Christina, due to the above, I agree that we will need to bump out the affected deadlines so please send a draft of the motion and form 3.

Thank you,
Elizabeth

**From:** exeterlaw@aol.com [mailto:exeterlaw@aol.com]
**Sent:** Monday, November 13, 2017 10:36 AM
**To:** Elizabeth Hurley
**Cc:** cMott@adlercohen.com
**Subject:** Falletta

Elizabeth, my client has asked that his deposition currently on for 11/21 be re-scheduled to either 12/4 or 12/5
He indicates that his employer has caused this request.
Mark Sullivan