# EXHIBIT J

# Christina P. Mott

| | |
|---|---|
| From: | exeterlaw@aol.com |
| Sent: | Friday, November 17, 2017 3:33 PM |
| To: | Christina P. Mott |
| Subject: | Re: RE: RE: Falletta v. Hoertdoerfer et al. - NOTD |
| Attachments: | image001.png |

That was a date on which Dr. Connelly is available as am I..
I do not have the date constraints that others do,
Mark
In a message dated 11/17/2017 3:12:05 PM Eastern Standard Time, CMott@adlercohen.com writes:

Mark, Lindsay,

We have several moving pieces here to work out:

1. We need a date on which all counsel and Dr. Connelly are available (December or January) to reschedule his depo

2. We need a date on which all counsel and both plaintiffs are available to hold depositions of Mr. and Mrs. Falletta.

Mark:

Of those January dates, are you saying that the 26th is the only date on which you are available? If so, that poses a difficult challenge for getting three depositions done

1

**Adler | Cohen | Harvey | Wakeman | Guekguezian** LLP

Massachusetts | Rhode Island | New Hampshire

**Christina P. Mott**
Attorney

75 Federal Street
Boston, Massachusetts 02110
**tel** 617 423 6674

CMott@adlercohen.com     www.adlercohen.com

---

**From:** exeterlaw@aol.com [mailto:exeterlaw@aol.com]
**Sent:** Friday, November 17, 2017 10:59 AM
**To:** Jean M. Ritrovato; lfaucher@Gssp-lawyers.com; EHurley@Gssp-lawyers.com; Christina P. Mott; cpoulin@gssp-lawyers.com
**Cc:** Lynne M. Perez; Ellen Epstein Cohen
**Subject:** Re: RE: Falletta v. Hoertdoerfer et al. - NOTD

I, and my client are available on 1/26/2018

Mark Sullivan

In a message dated 11/17/2017 10:34:34 AM Eastern Standard Time, JRitrovato@adlercohen.com writes:

In accordance with your list, please note that the following dates are currently available in January for Attorney Christina P. Mott for the Depositions of the Plaintiffs. Please let me know your choice asap.

Wednesday 1/3/18

Friday 1/5/18

Tuesday 1/9/18

Thursday 1/11/18

Friday 1/12/18

Tuesday 1/16/18

Thursday 1/18/18

Friday 1/19/18

Tuesday 1/23/18

Friday 1/26/18

Adler|Cohen|Harvey|Wakeman|Guekguezian LLP

Massachusetts | Rhode Island | New Hampshire

**Jean M. Ritrovato**
Legal Secretary

75 Federal Street
Boston, Massachusetts 02110
tel 617 423 6674

JRitrovato@adlercohen.com     www.adlercohen.com

---

**From:** Lindsay Faucher [mailto:lfaucher@Gssp-lawyers.com]
**Sent:** Wednesday, November 15, 2017 3:47 PM
**To:** Elizabeth Hurley; exeterlaw@aol.com; Christina P. Mott; Chris J. Poulin
**Cc:** Lynne M. Perez; Jean M. Ritrovato; Ellen Epstein Cohen
**Subject:** RE: Falletta v. Hoertdoerfer et al. - NOTD

All,

The following dates are currently available in January for both Attorneys Poulin & Hurley for depositions:

Wednesday 1/3/17

3

Thursday 1/4/17

Friday 1/5/17

Tuesday 1/9/17

Wednesday 1/10/17

Thursday 1/11/17

Friday 1/12/17

Tuesday 1/16/17

Thursday 1/18/17

Friday 1/19/17

Tuesday 1/23/17

Wednesday 1/24/17

Friday 1/26/17

**These dates are not being held.**

I do not yet have confirmation from our clients on their availability. I will get back to you with that information as soon as possible.

**The deposition of Dr. Hoertdoerfer is scheduled for Friday February 2, 2018 at 10:00 a.m. at our office.**

Thank you,

Lindsay Faucher

---

**From:** Elizabeth Hurley
**Sent:** Wednesday, November 08, 2017 5:30 PM
**To:** Christina P. Mott; Chris J. Poulin
**Cc:** exeterlaw@aol.com; Lindsay Faucher; Lynne M. Perez; Jean M. Ritrovato; Ellen Epstein Cohen;

4

Lindsay Faucher
**Subject:** RE: Falletta v. Hoertdoerfer et al. - NOTD

Hi Christina,

We are going to have to change the date. I have a hearing in Boston that day and then surgery the week after. I know Chris is booked, as well, because he was supposed to go to the hearing with me and bagged out due to a conflict. I apologize but we will have to aim for January. Lindsay will send some dates out.

Elizabeth


**Elizabeth Hurley, Esq**

Getman, Schulthess, Steere & Poulin, P.A.

1838 Elm Street

Manchester, NH 03104

Tel. (603) 634-4300 ext. 788    Fax (603) 626-3647

Ehurley@gssp-lawyers.com

www.gssp-lawyers.com


STATEMENT OF CONFIDENTIALITY: This email comes from a law firm. Therefore, you should assume that it contains privileged or confidential information. If you received the email by mistake or inadvertence, please contact the sender and delete your copy. Unauthorized republication is forbidden.

CONFIDENTIALITY NOTICE: This e-mail and the transmitted documents contain private, privileged and confidential information belonging to the sender. The information therein is solely for the use of the addressee. If your receipt of this transmission has occurred as the result of an error, please immediately notify us so we can arrange for the return of the documents. In such circumstances, you are advised that you may not disclose, copy, distribute or take any other action in reliance on the information transmitted.

5