# EXHIBIT L

# Christina P. Mott

| | |
|---|---|
| From: | Christina P. Mott |
| Sent: | Thursday, January 25, 2018 1:18 PM |
| To: | Elizabeth Hurley |
| Cc: | Chris J. Poulin; Ellen Epstein Cohen; Lynne M. Perez; Jean M. Ritrovato; exeterlaw@aol.com |
| Subject: | Falletta v. Hoertdoerfer et al. |

Elizabeth,

Even though today's call was quickly (and unfortunately) aborted, I believe we are on the same page regarding the automatic stay that is imposed due to Dr. Connelly's bankruptcy filing. To that end, it is our position that the deposition of Dr. Hoertdoerfer currently scheduled for next week will <u>not</u> go forward.

Hopefully we will be able to reschedule the conference in the very near future; after that we can further discuss how to proceed with depositions.

Let me know if any additional questions, thanks again.

Christina