# EXHIBIT M

# Christina P. Mott

| | |
|---|---|
| **From:** | Christina P. Mott |
| **Sent:** | Tuesday, December 12, 2017 1:14 PM |
| **To:** | 'Elizabeth Hurley'; exeterlaw@aol.com |
| **Cc:** | Chris J. Poulin; Lindsay Faucher; Stephanie Procopis; Kate Springfield |
| **Subject:** | RE: Falletta - selecting new trial date |

Counsel,

We will send notices for the Fallettas depositions to occur on Feb. 13, 2018.

Continuing trial to summer 2018 is not feasible. Assuming the Falletas' depositions go forward on February 13, the court requires 120 days in between filing summary judgment motions and trial. Assuming we receive expedited transcripts by the end of February, and draft motions by mid-March, we are looking at an earliest possible trial date of mid-July that the court would allow. We currently have trials scheduled during July and August.
At this point, a 2018 trial date is simply not feasible, but we will continue to hold March 2019. Please advise whether the Fallettas would agree to March 2019 after full explanation of the situation.

Thanks in advance,
Christina

---

**From:** Elizabeth Hurley [mailto:EHurley@Gssp-lawyers.com]
**Sent:** Thursday, December 07, 2017 3:37 PM
**To:** Christina P. Mott; exeterlaw@aol.com
**Cc:** Chris J. Poulin; Lindsay Faucher; Stephanie Procopis; Kate Springfield
**Subject:** RE: Falletta - selecting new trial date

Good afternoon,
Mr. and Mrs. Falletta are available for their depositions on Feb. 13, 14, or 15. They live in a very remote area in the mountains of Vermont so whatever date we end up with this is weather-dependent. Thank you for your understanding. They are not agreeable to continuing the trial until 2019 but are ok with moving it to sometime during the summer of 2018. That would build in a little comfort room for dispositive motions in case there is inclement weather and we have to move out their depositions a bit.
Thank you,
Elizabeth


**Elizabeth Hurley, Esq**
**Getman, Schulthess, Steere & Poulin, P.A.**
**1838 Elm Street**
**Manchester, NH  03104**
**Tel. (603) 634-4300 ext. 788     Fax (603) 626-3647**
Ehurley@gssp-lawyers.com
www.gssp-lawyers.com

STATEMENT OF CONFIDENTIALITY:  This email comes from a law firm.  Therefore, you should assume that it contains privileged or confidential information.  If you received the email by mistake or inadvertence, please contact the sender and delete your copy.  Unauthorized republication is forbidden.