# EXHIBIT N

United States Bankruptcy Court
Central District of California

In re:
Thomas Patrick Connelly
    Debtor

Case No. 18-10393-SK
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: tmayC          Page 1 of 1          Date Rcvd: Mar 15, 2018
                             Form ID: pdf042      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
db          +Thomas Patrick Connelly,   357 S. Curson Avenue Apt. 10B,   Los Angeles, CA 90036-5217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2018 at the address(es) listed below:
              Jeffrey L Sumpter   on behalf of Financial Advisor   CBIZ Valuation Group, LLC
                jsumpter@epiqtrustee.com,   jsumpter@cbiz.com
              Jeffrey S Shinbrot   on behalf of Debtor Thomas Patrick Connelly jeffrey@shinbrotfirm.com,
                sandra@shinbrotfirm.com
              John J Menchaca (TR)    jmenchaca@menchacacpa.com,   ca87@ecfcbis.com;igaeta@menchacacpa.com
              Robert P Goe   on behalf of Trustee John J Menchaca (TR) kmurphy@goeforlaw.com,
                rgoe@goeforlaw.com;goeforecf@gmail.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                                        TOTAL: 5

JEFFREY L. SUMPTER (SBN 118363)
CBIZ Valuation Group, LLC
jsumpter@cbiz.com
3101 N. Central Ave., Ste. 300
Phoenix, AZ 85012
Telephone No.     (602) 643-0112
Facsimile No.     (602) 265-7631

Financial Advisors and Consultants for Trustee
*Fiducia in faciem incertum*

**FILED & ENTERED**

MAR 15 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>THOMAS PATRICK CONNELY,<br><br>Debtor(s). | Case No. 2:18-bk-10393-SK<br>Chapter 7<br>**ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY THE FIRM OF CBIZ VALUATION GROUP, LLC AS FINANCIAL ADVISORS AND CONSULTANTS FOR TRUSTEE**<br>(No Hearing Required) |

The matter of the Trustee's Application to Employ the Firm of CBIZ Valuation Group, LLC as Financial Advisors and Consultants for Trustee ("Application"), came on for consideration by the Court. The Court having reviewed and considered the Application and related notice and declarations in support thereof, and good cause appearing therefore, it is hereby:

**ORDERED** that the Application is approved, and the duly appointed Chapter 7 Trustee of the above-captioned bankruptcy estate is hereby authorized to employ CBIZ Valuation Group, LLC ("CBIZ") as his financial advisors and consultants effective as of February 13, 2018, based on the terms and for the purposes set forth in the Application, with compensation to be paid to CBIZ as an administrative expense of the estate upon application and in such amount as may hereafter be determined and allowed by the Court after notice and a hearing.

###

Date: March 15, 2018

Sandra R. Klein
United States Bankruptcy Judge