# EXHIBIT O

# Christina P. Mott

| | |
|---|---|
| **From:** | Chris J. Poulin <cpoulin@gssp-lawyers.com> |
| **Sent:** | Monday, February 12, 2018 4:17 PM |
| **To:** | Christina P. Mott; ExeterLAW@aol.com; Ellen Epstein Cohen |
| **Cc:** | Elizabeth Hurley; Lindsay Faucher |
| **Subject:** | RE: **Request For Assent*** Proposed Civil Form 3 and New Tracking Order Falletta, et al. v. Connelly, et al. |

Will do, Christina.
Thanks
Chris

**From:** Christina P. Mott [mailto:CMott@adlercohen.com]
**Sent:** Monday, February 12, 2018 4:05 PM
**To:** Chris J. Poulin; ExeterLAW@aol.com; Ellen Epstein Cohen
**Cc:** Elizabeth Hurley; Lindsay Faucher
**Subject:** RE: **Request For Assent*** Proposed Civil Form 3 and New Tracking Order Falletta, et al. v. Connelly, et al.

Chris,

Please go ahead and file the Civil Form 3 with the motion, but note that we do not assent to the July 2018 trial date due to a previously scheduled trial.

Thanks,
Christina

Adler|Cohen|Harvey|Wakeman|Guekguezian LLP
Massachusetts | Rhode Island | New Hampshire

**Christina P. Mott**
Attorney

75 Federal Street
Boston, Massachusetts 02110
tel 617 423 6674

CMott@adlercohen.com   www.adlercohen.com

**From:** Chris J. Poulin [mailto:cpoulin@gssp-lawyers.com]
**Sent:** Monday, February 12, 2018 3:44 PM
**To:** Christina P. Mott; ExeterLAW@aol.com; Ellen Epstein Cohen
**Cc:** Elizabeth Hurley; Lindsay Faucher
**Subject:** RE: **Request For Assent*** Proposed Civil Form 3 and New Tracking Order Falletta, et al. v. Connelly, et al.

Christina,

1

Thanks for your voice mail message and e-mail.

I checked in with Elizabeth today to refresh my recollection on Judge Laplante's verbal order. We both agree that Judge Laplante ordered us to file a Civil Form 3 with the dates pushed out 3 months- and that's what I attached.

Accordingly, the way I see it we have two choices; (1) Don't file the Civil Form 3 and explain why (2) File Civil Form 3 noting that you do not
assent to a July trial date.

Please let me know your preference.

Also: **Mark Sullivan: Can I please have your response to the attached request for assent?**

Thanks
Chris



Christopher J. Poulin, Esq.
Licensed in NH and MA
Getman, Schulthess, Steere & Poulin, P.A.
1838 Elm Street
Manchester, NH 03104
Tel. (603) 634-4300 ext. 799    Fax (603) 626-3647
cpoulin@gssp-lawyers.com
www.gssp-lawyers.com

STATEMENT OF CONFIDENTIALITY: This email comes from a law firm. Therefore, you should assume that it contains privileged or confidential information. If you received the email by mistake or inadvertence, please contact the sender and delete your copy. Unauthorized republication is forbidden.


**From:** Christina P. Mott [mailto:CMott@adlercohen.com]
**Sent:** Monday, February 12, 2018 2:34 PM
**To:** Chris J. Poulin; ExeterLAW@aol.com; Ellen Epstein Cohen
**Cc:** Elizabeth Hurley; Lindsay Faucher
**Subject:** RE: **Request For Assent*** Proposed Civil Form 3 and New Tracking Order Falletta, et al. v. Connelly, et al.


Dear Chris,

I left you a voicemail earlier to discuss, but am following up via email as well. We cannot assent to the attached as currently drafted.

A new trial date of July 10, 2018 is simply not feasible with our current trial schedules. Ellen is scheduled to be on a multi-week trial starting July 9. Thereafter, we do not have a two-week block of time available to schedule trial in good faith (and without double booking trials) until March 1, 2019. Additionally, resolution of Dr. Connelly's bankruptcy filing may very well take several months. As you know, no depositions have occurred to-date. Pushing for a July 2018 trial given the lack of depositions and pending bankruptcy seems unrealistic, especially given the difficulties faced with scheduling in the past.

2

Would you agree to a March 1, 2019 trial date instead?

Thanks,
Christina

**Adler | Cohen | Harvey | Wakeman | Guekguezian** LLP

Massachusetts | Rhode Island | New Hampshire

**Christina P. Mott**
Attorney

75 Federal Street
Boston, Massachusetts 02110
**tel** 617 423 6674

CMott@adlercohen.com          www.adlercohen.com

**From:** Chris J. Poulin [mailto:cpoulin@gssp-lawyers.com]
**Sent:** Friday, February 09, 2018 11:35 AM
**To:** Christina P. Mott; ExeterLAW@aol.com; Ellen Epstein Cohen
**Cc:** Elizabeth Hurley; Lindsay Faucher
**Subject:** **Request For Assent*** Proposed Civil Form 3 and New Tracking Order Falletta, et al. v. Connelly, et al.

Dear Christina and Mark,

May I have your assent to file the attached?

Chris


Christopher J. Poulin, Esq.
Licensed in NH and MA
Getman, Schulthess, Steere & Poulin, P.A.
1838 Elm Street
Manchester, NH 03104
Tel. (603) 634-4300 ext. 799    Fax (603) 626-3647
cpoulin@gssp-lawyers.com
www.gssp-lawyers.com

STATEMENT OF CONFIDENTIALITY: This email comes from a law firm. Therefore, you should assume that it contains privileged or confidential information. If you received the email by mistake or inadvertence, please contact the sender and delete your copy. Unauthorized republication is forbidden.

3