```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Susan Falletta, et al.

    v.

                                Case No. 16-cv-29-LM

Thomas P. Connelly, et al.

## JUDGMENT

In accordance with the following, judgment is hereby entered:

1. Endorsed Order by Judge Joseph N. Laplante dated November 29, 2016;
2. Notice of Voluntary Nonsuit dated December 14, 2016;
3. Order by Judge Joseph A. DiClerico, Jr. dated November 12, 2019;
4. Order by Judge Joseph A. DiClerico, Jr. dated December 17, 2019;
5. Stipulation of Dismissal without prejudice dated March 18, 2021; and
6. Stipulation of Dismissal dated May 13, 2021.

                                                        By the Court:

                                                        Daniel J. Lynch
                                                        Clerk of Court

Date: May 14, 2021

cc: Counsel of Record
    Thomas P. Connelly, pro se